**Dismissed and Memorandum Opinion filed August 16, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00479-CV

## EMMALINE WILEY AND ALL OCCUPANTS, Appellants

## V.

## DEL PAPA COMMUNITY, LLC, Appellee

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1062543**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 2, 2015. The clerk's record was filed July 1, 2015. The reporter's record was filed July 16, 2015. No brief was filed.

On July 10, 2018, this court issued an order stating that unless appellants filed a brief on or before July 31, 2018, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Donovan, Wise, and Jewell.